JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Kha Dinh Nguyen**;<br>**Xuan Trieu**;<br>and Does 1-10,<br><br>    Defendants. | Case 8:19-CV-00294-JLS-KES<br><br>**Judgment** |

1

Having granted default judgment in favor of Plaintiff, the Court hereby orders and adjudges that Plaintiff Chris Langer shall have JUDGMENT in his favor, as follows:

(1) Defendants Kha Dinh Nguyen and Xuan Trieu shall pay Plaintiff $3,000 in attorneys' fees.

(2) Defendants Nguyen and Trieu, are ordered, pursuant to the Court's grant of injunctive relief in favor of Plaintiff, to provide accessible parking at the property at issue, which is located at or about 7840 Westminster Blvd., Westminster, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: December 09, 2019

Hon. Josephine L. Staton
United States District Judge